IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUOC XUONG LUU,

    Plaintiff,                       No. CIV S-07-0942 MCE EFB P

    vs.

V. SINGH, et al.,

    Defendants.              ORDER

_____/

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On April 8, 2008, the court dismissed plaintiff's initial complaint with leave to amend within 30 days. On May 5, 2008, he requested an extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b). On May 13, 2008, plaintiff filed a first amended complaint.

       Plaintiff's May 5, 2008, motion is granted and the court accepts the May 13, 2008, first amended complaint as timely.

       So ordered.

DATED: June 12, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE