**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| QUOC XUONG LUU, | ) | |
| Plaintiff(s), | ) | 2:07-CV-0942-RLH-VPC |
| vs. | ) | **O R D E R** |
| V. SINGH, *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Findings and Recommendation of United States Magistrate Judge (#16, filed October 28, 2008), entered by the Honorable Edmund F. Brennan regarding Plaintiff's failure to cure the deficiencies of his initial complaint as ordered in Judge Brennan's Order (#8) filed April 8, 2008. No objection was filed to Magistrate Judge Brennan's Findings and Recommendation of United States Magistrate Judge in accordance with Title 28 U.S.C. § (b)(1)(B) and (C), and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and determines that the Findings and Recommendation of Magistrate Judge Brennan should be accepted and adopted.

/ / / /

/ / / /

/ / / /

1

1       IT IS THEREFORE ORDERED that the Magistrate Judge's Findings and Recom-
mendation (#16, entered October 28, 2008) is ACCEPTED and ADOPTED, and the case is
dismissed.

Dated:   December 2, 2008.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**